| | |
|---|---|
| Matthew Franklin Jaksa (CA State Bar No. 248072)<br>HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA  94105-2994<br>Telephone:  (415) 268-2000<br>Facsimile:   (415) 268-1999<br>Email:         matt.jaksa@hro.com<br><br>Attorneys for Plaintiffs,<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC | *E-FILED 9/27/07 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>      v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C 07-04841 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on San Francisco State University
4   to obtain the identity of Defendant John Doe # 1 ("Defendant") by serving a Rule 45 subpoena that
5   seeks documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant.  The
7   disclosure of this information is consistent with  San Francisco State University's obligations under
8   20 U.S.C. 1232g.
9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11  under the Copyright Act.

DATED: September 26, 2007          By: _____
                                        United States ~~District Judge~~
                                                     Magistrate Judge

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.C 07-04841 RS
#32395 v1