Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and ARISTA RECORDS
LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JOHN DOE #1,<br>                    Defendant. | CASE NO. 5:07-CV-04841-RS<br><br>The Honorable Richard Seeborg<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference

2  currently set for January 9, 2008, at 2:30 p.m. to April 9, 2008.

3    Plaintiffs filed the Complaint against Defendant John Doe #1 ("Defendant") on September

4  20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take

5  Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco

6  State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify

7  Defendant.  On September 26, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte*

8  Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45

9  subpoena on SFSU.  On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing

10 Plaintiffs with identifying information including Defendant's name, address, and telephone number.

11    After initially sending Defendant a letter, Plaintiffs contacted Defendant by telephone on

12 December 11, 2007 regarding possible settlement of this matter.  However, the parties did not reach

13 a settlement.  Accordingly, Plaintiffs are now in the process of reviewing this matter for preparation

14 of an amended complaint naming Defendant personally.

15    Given the foregoing circumstances, and because there is not yet a named defendant in this

16 case, a case management conference is unnecessary at this time.  Plaintiffs therefore request that the

17 Court continue the case management conference currently set for set for January 9, 2008, at 2:30

18 p.m. to April 9, 2008.

19 Dated:  December 19, 2007                    HOLME ROBERTS & OWEN LLP

20

21                                        By:  _____/s/ Matthew Franklin Jaksa___

22                                            MATTHEW FRANKLIN JAKSA
                                             Attorney for Plaintiffs
23                                            UMG RECORDINGS, INC.; SONY
                                             BMG MUSIC ENTERTAINMENT; and
24                                            ARISTA RECORDS LLC

25

26

27

28

---

1

1

**ORDER**

2      Good cause having been shown:

3      **IT IS ORDERED** that the case management conference currently set for January 9, 2008, at

4   2:30 p.m. be continued to April 9, 2008.

5

6

7   Dated: _____      By: _____

8                                              Honorable Richard Seeborg
                                               United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 5:07-cv-04841-RS
#34547 v1