Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

*E-FILED 12/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE #1,<br>　　　　　Defendant. | CASE NO. 5:07-CV-04841-RS<br><br>The Honorable Richard Seeborg<br><br>**_EX PARTE_ APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for January 9, 2008, at 2:30 p.m. to April 9, 2008.

Plaintiffs filed the Complaint against Defendant John Doe #1 ("Defendant") on September 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify Defendant. On September 26, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SFSU. On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, address, and telephone number.

After initially sending Defendant a letter, Plaintiffs contacted Defendant by telephone on December 11, 2007 regarding possible settlement of this matter. However, the parties did not reach a settlement. Accordingly, Plaintiffs are now in the process of reviewing this matter for preparation of an amended complaint naming Defendant personally.

Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for set for January 9, 2008, at 2:30 p.m. to April 9, 2008.

Dated: December 19, 2007              HOLME ROBERTS & OWEN LLP


                                      By: _____*/s/ Matthew Franklin Jaksa*___
                                          MATTHEW FRANKLIN JAKSA
                                          Attorney for Plaintiffs
                                          UMG RECORDINGS, INC.; SONY
                                          BMG MUSIC ENTERTAINMENT; and
                                          ARISTA RECORDS LLC

---

1

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 5:07-cv-04841-RS
#34547 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 9, 2008, at 2:30 p.m. be continued to April 9, 2008.

Dated: December 20, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge