Dawniell Alise Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>   v.<br><br><br>JOHN DOE,<br>                Defendant. | CASE NO. 5:07-CV-04841-RS<br><br>Honorable Richard Seeborg<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1       Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs INTERSCOPE RECORDS, et al., by
2   and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3   against Defendant John Doe, also identified as ID # 128409582 with IP address 130.212.155.162
4   2007-05-09 08:23:42 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is
5   respectfully requested to close this case.

7   Dated:  July 30, 2008                              HOLME ROBERTS & OWEN LLP

9                                                      By:       */s/ Dawniell Alise Zavala*
10                                                            DAWNIELL ALISE ZAVALA
                                                              Attorney for Plaintiffs